United States Bankruptcy Court
Middle District of North Carolina

In re:  
Ayana Shaniece Hampton  
    Debtor

Case No. 25-10643-bak  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0418-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 21, 2026      Form ID: pdf016      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ayana Shaniece Hampton, 643 Highland Park Drive, Eden, NC 27288-4938 |
| 786474537 | + | Conerstone Health Care, P.O. Box 603093, Charlotte, NC 28260-3093 |
| 786474540 | + | Goddard and Peterson, PLLC, 125-B Williamsboro Street, Oxford, NC 27565-3328 |
| 786474550 | + | Rockingham County Clerk of Court, PO Box 127, Wentworth, NC 27375-0127 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 786474536 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 18:20:36 | Capital One *****, Post Office Box 85015, Richmond, VA 23285-5075 |
| 786476664 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 18:20:38 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 786474538 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 18:20:37 | Credit One Bank, N.A. ****, Post Office Box 98873, Las Vegas, NV 89193-8873 |
| 786474529 | | Email/Text: bankruptcycourts@equifax.com | Jan 21 2026 18:09:00 | Equifax Information Systems LLC, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 786474527 | | Email/Text: des.ui.bankruptcy@commerce.nc.gov | Jan 21 2026 18:09:00 | Employment Security Commission, Attn: Benefit Payment Control, Post Office Box 26504, Raleigh, NC 27611-6504 |
| 786474530 | ^ | MEBN | Jan 21 2026 18:08:31 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 786474539 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jan 21 2026 18:09:00 | First Point Collection Resources **, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 786474541 | + | Email/Text: bkymail@hutchenslawfirm.com | Jan 21 2026 18:09:00 | Hutchens Law Firm **, Post Office Box 1028, 4317 Ramsey Street, Fayetteville, NC 28311-2161 |
| 786474532 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 18:09:00 | Internal Revenue Service (MD)**, PO Box 7346, Philadelphia, PA 19101-7346 |
| 786474543 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 21 2026 18:20:36 | JPMCB - Auto Finance, 301 N Walnut Street, Floor 9, Wilmington, DE 19801-3971 |
| 786482721 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 18:20:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 786484687 | ^ | MEBN | Jan 21 2026 18:08:25 | Lakeview Loan Servicing LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 786474544 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 21 2026 18:09:00 | Lakeview Loan Servicing, LLC **, Attn: Officer, Post Office Box 619094, Dallas, TX 75261-9094 |
| 786474546 | | Email/Text: EBN@Mohela.com | Jan 21 2026 18:09:00 | Mohela/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 786476638 | | Email/Text: EBN@Mohela.com | | |

District/off: 0418-2     User: admin     Page 2 of 3
Date Rcvd: Jan 21, 2026     Form ID: pdf016     Total Noticed: 35

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 21 2026 18:09:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, 633 Spirit Drive, Chesterfield, MO 63005 |
| 786488317 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 21 2026 18:09:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 786474545 | | Email/Text: bankruptcy@marinerfinance.com | Jan 21 2026 18:09:00 | Mariner Finance ***, Attn: Officer, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 786474547 | | Email/Text: NPSBankruptcies@ngic.com | Jan 21 2026 18:09:00 | National General Insurance, Post Office Box 3199, Winston Salem, NC 27102-3199 |
| 786474528 | | Email/Text: kristen.sigmon@dhhs.nc.gov | Jan 21 2026 18:09:00 | NC Child Support, Centralized Collections, Post Office Box 900006, Raleigh, NC 27675-9006 |
| 786488296 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 21 2026 18:09:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 786474535 | | Email/Text: bankruptcynotices@ncdor.gov | Jan 21 2026 18:09:00 | North Carolina Dept. of Revenue**, Post Office Box 1168, Raleigh, NC 27602-1168 |
| 786479343 | + | Email/PDF: cbp@omf.com | Jan 21 2026 18:20:41 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 786474549 | | Email/PDF: cbp@omf.com | Jan 21 2026 18:20:37 | OneMain Baltimore *, 100 International Drive, 16th Floor, Baltimore, MD 21202-4673 |
| 786484686 | + | Email/Text: bkymail@hutchenslawfirm.com | Jan 21 2026 18:09:00 | Phillip A. Hedrick, Jr., Hutchens Law Firm, a member of Foundatio, 4317 Ramsey Street, Fayetteville, NC 28311-2133 |
| 786481592 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 18:09:00 | Quantum3 Group LLC as agent for Cognical Holdings, PO Box 788, Kirkland, WA 98083-0788 |
| 786474551 | + | Email/Text: jduggins@rockinghamcountync.gov | Jan 21 2026 18:09:00 | Rockingham County Tax Collector, PO Box 68, Wentworth, NC 27375-0068 |
| 786474531 | ^ | MEBN | Jan 21 2026 18:08:15 | Trans Union Corporation, P.O. Box 2000, Crum Lynne, PA 19022-2000 |
| 786480587 | + | Email/Text: bankruptcy@bbandt.com | Jan 21 2026 18:09:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 786474534 | ^ | MEBN | Jan 21 2026 18:08:47 | U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001 |
| 786474533 | + | Email/Text: USANCM.BankruptcyMail@usdoj.gov | Jan 21 2026 18:09:00 | US Attorney's Office (MD)**, 101 S. Edgeworth Street, 4th floor, Greensboro, NC 27401-6045 |
| 786487065 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 18:20:42 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank, servicer for Lakeview Loan Servicing, LL, Phillip A. Hedrick Jr. |
| 786474542 | * | Internal Revenue Service (MD)**, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 786474548 | * | North Carolina Dept. of Revenue**, Post Office Box 1168, Raleigh, NC 27602-1168 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0418-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf016 | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | office@chapter13gboro.com  office5@chapter13gboro.com |
| Edward C. Boltz | on behalf of Debtor Ayana Shaniece Hampton eboltz@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ecf.ncm.t1@sitekitmail.com;ecf.ncm.t2@sitekitmail.com;ck.freelooks+ncm+eboltz@gmail.com |
| John Paul Hughes Cournoyer | bancm_ecf@ncmba.uscourts.gov  jp_cournoyer@ncmba.uscourts.gov |
| Koury Lee Hicks | on behalf of Debtor Ayana Shaniece Hampton khicks@johnorcutt.com postlegal@johnorcutt.com;johnorcutt.ncm.e754@freelooks.counselkit.com;ck.freelooks+ncm+khicks@gmail.com |
| Phillip A. Hedrick, Jr | on behalf of Creditor M&T Bank  servicer for Lakeview Loan Servicing, LLC nc.bky@thefoundationlegalgroup.com, bkymail@hutchenslawfirm.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re: )
)
Hampton, Ayana Shaniece    xxx-xx-0803 )
643 Highland Park Dr. )   No. 25-10643 C-13G
Eden, NC 27288 )
)
)
)
                Debtor. )

### NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO

1. The Plan filed by the Debtor on January 20, 2026, Docket No. 25 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on March 10, 2026, at 2:00 p.m., in Courtroom #1, Second Floor, 101 South Edgeworth Street, Greensboro, NC. The party objecting must appear at the hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100, with copies served on (1) Anita Jo Kinlaw Troxler, Standing Trustee, P.O. Box 1720, Greensboro, NC 27402-1720; (2) the Attorney for the Debtor; and (3) the Debtor. If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtor and the Attorney for the Debtor are required to appear at any hearing on confirmation.

5. Any order confirming the Plan will be served on all parties.

DATE: January 21, 2026                    Office of the Clerk
                                          Reid Wilcox, Clerk